PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents.

Submitted March 20, 2006; decided May 2, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Estate of GEORGE J. FERRARA, Deceased. SALVATION ARMY, Appellant; DOMINICK FERRARA et al., Respondents.

Submitted April 3, 2006; decided May 2, 2006

Motion by Eliot Spitzer, Attorney General of the State of New York, for an order permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.

In the Matter of SHAWN GREEN, Appellant, v DONALD SELSKY et al., Respondents.

Submitted February 27, 2006; decided May 2, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.